No. 71–6385. WALLACE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 71–6402. GOODMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–6404. WATERS *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 71–6406. JONES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–6418. KRIKMANIS *v.* WHITE, MAYOR OF BOSTON, ET AL. C. A. 1st Cir. Certiorari denied.

No. 71–6419. BIVENS *v.* CHANCE. C. A. 2d Cir. Certiorari denied.

No. 71–6421. EDWARDS *v.* MCCARTHY, MEN'S COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 71–6424. APPLEGATE *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 71–6429. MAGRO *v.* LENTINI BROS. MOVING & STORAGE CO., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 69–6. UNIFORMED SANITATION MEN ASSN., INC., ET AL. *v.* COMMISSIONER OF SANITATION OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–114. BOWDEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.